## Bob UNDERWOOD v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. October 16, 1925.)

No. 4489.

In Error to the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge.

Bern J. Henry and W. H. Buttram, Jr., both of Knoxville, Tenn., for plaintiff in error.

George C. Taylor, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Docketed and dismissed, upon motion of counsel for defendant in error.

---

## UNITED STATES, Appellant, v. BOATMEN'S BANK.

(Circuit Court of Appeals, Eighth Circuit. December 22, 1925.)

No. 6841.

Appeal from the District Court of the United States for the Eastern District of Missouri.

Allen Curry, U. S. Atty., of St. Louis, for appellant.

Fordyce, Holliday & White, of St. Louis, for appellee.

PER CURIAM. Affirmed, without costs to either party in this court, per stipulation of parties.

---

## UNITED STATES, Appellant, v. August A. BUSCH.

(Circuit Court of Appeals, Eighth Circuit. December 22, 1925.)

No. 6840.

Appeal from the District Court of the United States for the Eastern District of Missouri.

Allen Curry, U. S. Atty., of St. Louis, for appellant.

Fordyce, Holliday & White, of St. Louis, for appellee.

PER CURIAM. Affirmed, without costs to either party in this court, per stipulation of parties.

---

## UNITED STATES, Appellant, v. Lilly BUSCH.

(Circuit Court of Appeals, Eighth Circuit. December 22, 1925.)

No. 6842.

Appeal from the District Court of the United States for the Eastern District of Missouri.

Allen Curry, U. S. Atty., of St. Louis, for appellant.

Fordyce, Holliday & White, of St. Louis, for appellee.

PER CURIAM. Affirmed, without costs to either party in this court, per stipulation of parties.

---

## UNITED STATES, Appellant, v. MERCANTILE TRUST CO.

(Circuit Court of Appeals, Eighth Circuit. December 22, 1925.)

No. 6839.

Appeal from the District Court of the United States for the Eastern District of Missouri.

Allen Curry, U. S. Atty., of St. Louis, Mo.

Fordyce, Holliday & White, of St. Louis, Mo., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court.

---

## UNITED STATES, Appellant, v. NORTHWESTERN TRUST COMPANY.

(Circuit Court of Appeals, Eighth Circuit. December 22, 1925.)

No. 6838.

Appeal from the District Court of the United States for the Eastern District of Missouri.

Allen Curry, U. S. Atty., of St. Louis, Mo., for appellant.

Fordyce, Holliday & White, of St. Louis, Mo., for appellee.

PER CURIAM. Affirmed, without costs to either party in this court, per stipulation of parties.